STD

**U.S. District Court**
**DISTRICT OF ARIZONA (Phoenix Division)**
**CIVIL DOCKET FOR CASE #: 2:04-cv-02312-ROS**

Rodriguez, et al v. DHS, et al
Assigned to: Judge Roslyn O Silver
Demand: $0
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 10/27/2004
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Gabriela Rodriguez**
*wife*

represented by **Brian E Finander**
Law Offices of Brian Finander PC
3131 E Camelback Rd
Ste 200
Phoenix, AZ 85016-4599
602-263-4777
Fax: 602-606-5705
Email: Brian.Finander@azbar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**

represented by **Suzanne M Chynoweth**
US Attorney's Office
2 Renaissance Sq
40 N Central Ave
Ste 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7760
Email: suzanne.chynoweth@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur G Garcia**
US Attorney's Office
40 N Central Ave
Ste 1200
Phoenix, Az 85004-4408
602-514-7500
Fax: 602-514-7760
Email: art.garcia@usdoj.gov
*TERMINATED: 11/03/2005*

I hereby attest and certify on 9/10/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
by ________ Deputy

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerardo Rodriguez**
*husband*

represented by **Brian E Finander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ivana Rodriguez**
*a minor child*

represented by **Brian E Finander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Rodriguez**
*a minor child*

represented by **Brian E Finander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Homeland Security, Department of**
*a Federal Agency*

represented by **Arthur G Garcia**
US Attorney's Office
2 Renaissance Sq
40 N Central Ave
Ste 1200
Phoenix, Az 85004-4408
602-514-7500
Fax: 602-514-7760
Email: art.garcia@usdoj.gov
*TERMINATED: 11/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne M Chynoweth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Immigration and Customs Enforcement, Bureau of**
*a Federal Agency*

represented by **Arthur G Garcia**
(See above for address)
*TERMINATED: 11/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne M Chynoweth**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnnie Galazra**
*Federal Employee*

represented by **Arthur G Garcia**
(See above for address)
*TERMINATED: 11/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne M Chynoweth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J D Jackson**
*Federal Employee*

represented by **Arthur G Garcia**
(See above for address)
*TERMINATED: 11/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne M Chynoweth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Virgil Day**

represented by **Arthur G Garcia**
(See above for address)
*TERMINATED: 11/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne M Chynoweth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jim Butler**
*a Federal Employee*

represented by **Arthur G Garcia**
(See above for address)
*TERMINATED: 11/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne M Chynoweth**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Omar Longoria**
*a Federal Employee*

represented by **Arthur G Garcia**
(See above for address)
*TERMINATED: 11/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne M Chynoweth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edwin Martinez**
*a Federal Employee*

represented by **Arthur G Garcia**
(See above for address)
*TERMINATED: 11/03/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suzanne M Chynoweth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 50 all sued in their individual and official capacities*

**Defendant**

**Red and Blue Corporations**

**Defendant**

**Entities**
*A through J*

**Defendant**

**Does**
*1 through V*

**Defendant**

**Roe Corporations**
*VI through X, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2004 | 1 | COMPLAINT FILED (JIR) (Entered: 10/28/2004) |

| | | |
|---|---|---|
| 12/13/2004 | 2 | ACCEPTANCE/ACKNOWLEDGEMENT OF SERVICE summons, complaint on USAttorney's Office in Phoenix, AZ on 11/22/04 and on USAtty General on 11/24/04 by certified mail. receipts attached (DMT) (Entered: 12/22/2004) |
| 01/21/2005 | 3 | ANSWER to complaint [1-1] by dft DHS, dft ICE, dft Johnnie Galazra, dft J D Jackson, dft Virgil Day, dft Jim Butler, dft Omar Longoria, dft Edwin Martinez (SRB) (Entered: 01/28/2005) |
| 02/04/2005 | 4 | ORDER by Judge Roger G. Strand designating action a standard track case; prel scheduling conf set for 10:30 6/6/05 (cc: all counsel) (DMT) (Entered: 02/04/2005) |
| 05/09/2005 | 5 | MINUTE ORDER: Due to a conflict on the Court's calendar, IT IS ORDERED resetting the Rule 16 scheduling conference for 1:30 p.m. on 6/17/05. (cc: all counsel) [5-2] (TCA) (Entered: 05/09/2005) |
| 06/14/2005 | 6 | STIPULATION to continue the 06/17/05 scheduling confer by plas and dfts (KCS) (Entered: 06/15/2005) |
| 06/21/2005 | 7 | ORDER by Judge Roger G. Strand granting stipulation to continue the 06/17/05 scheduling confer by plas and dfts ; Rule 16 scheduling conf re-set for 10:30 6/30/05 . Parties are reminded that they are required to file their Joint Proposed Case Management Scheduling Plan with the court 5 business days prior to the said rescheduled date for said Conference. (cc: all counsel) (LSP) (Entered: 06/21/2005) |
| 06/23/2005 | 8 | JOINT PROPOSED CASE MGT PLAN/REPORT (SRB) (Entered: 06/24/2005) |
| 06/30/2005 | 9 | Minute Entry - TEXT ONLY ENTRY for proceedings held before Judge Roger G. Strand : Scheduling Conference held on 6/30/2005. Pla to amend the complaint nlt 8/15/2005. Discovery due by 2/24/2006. Dispositive motions due by 4/28/2006. Expert Disclosures pla 10/7/2005; dft 11/10/2005, Rebuttal 12/12/2005. Jury Trial set for 9/12/2006 09:30 AM before Judge Roger G. Strand. Pretrial Conference set for 8/29/2006 09:30 AM before Judge Roger G. Strand. Pretrial order to follow.(Court Reporter Patricia Lyons.) (TCA, ) (Entered: 07/05/2005) |
| 06/30/2005 | | Copy of document number 9, mailed to all counsel on this date. (TCA) (Entered: 07/05/2005) |
| 07/01/2005 | 10 | TRANSCRIPT DESIGNATION AND ORDER FORM by Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez for proceedings held on 06/30/05 hearing before Judge Strand. (KCS) (Entered: 07/08/2005) |
| 07/08/2005 | 11 | ORDER Setting Proposed Pretrial Order ddl due by 8/24/2006. Final Pretrial Conference set for 8/29/2006 10:30 AM in Courtroom 602, 401 West Washington Street, Phoenix, AZ 85003 before Judge Roger G. Strand.Signed by Judge Roger G. Strand on 7/6/05. (MAP, ) (Entered: 07/08/2005) |
| 07/11/2005 | | Copy of document number 11, mailed to Brian E. Finander and Arthur G. |

| | | |
|---|---|---|
| | | Garcia on this date. (JIR, ) (Entered: 07/11/2005) |
| 07/11/2005 | 12 | TRANSCRIPT of Scheduling Conference Proceedings held on 6/30/2005 before Judge Roger G Strand. Court Reporter: Patricia Lyons. (BAS, ) (Entered: 07/11/2005) |
| 08/16/2005 | 13 | MOTION to Amend Complaint by Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez. (Attachments: # 1 Exhibit Proposed Amended Complaint)(MAP, ) (Entered: 08/18/2005) |
| 08/16/2005 | 14 | Notice of Filing Motion to Amend by Roe Corporations, Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez (MAP, ) (Entered: 08/18/2005) |
| 09/06/2005 | 15 | ORDER granting pla's Motion 13 to Amend Complaint. FURTHER ORDERED directing the Clerk to file pla's proposed First Amended Complaint attached as Exhibit 1 . Signed by Judge Roger G Strand on 9/1/05. (KMG, ) (Entered: 09/06/2005) |
| 09/06/2005 | 16 | FIRST AMENDED COMPLAINT against all defendants; Jury Demand filed by plas Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez.(KMG, ) (Entered: 09/06/2005) |
| 09/12/2005 | 17 | *Defendants'* ANSWER to Amended Complaint by United States of America.(Garcia, Arthur) (Entered: 09/12/2005) |
| 11/03/2005 | 18 | NOTICE of Attorney Substitution by Suzanne M Chynoweth (Chynoweth, Suzanne) (Entered: 11/03/2005) |
| 11/10/2005 | 19 | MOTION to Continue EXPERT DISCLOSURE DEADLINE (FIRST REQUEST) by United States of America. (Chynoweth, Suzanne) (Entered: 11/10/2005) |
| 11/21/2005 | 20 | RESPONSE to Motion re 19 MOTION to Continue EXPERT DISCLOSURE DEADLINE (FIRST REQUEST) filed by Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez. (Finander, Brian) (Entered: 11/21/2005) |
| 11/28/2005 | 21 | ORDER granting 19 Motion to Continue. IT IS FURTHER ORDERED extending the deadline for the United States to file its expert disclosures until January 10, 2006.. Signed by Judge Roger G Strand on 11/23/05. (TLJ, ) (Entered: 11/28/2005) |
| 01/09/2006 | 22 | MOTION to Dismiss Case by United States of America. (Chynoweth, Suzanne) (Entered: 01/09/2006) |
| 01/09/2006 | 23 | MOTION to Vacate by United States of America. (Chynoweth, Suzanne) (Entered: 01/09/2006) |
| 01/13/2006 | 24 | STIPULATION *Federal Defendants Motion to Vacate Discovery Deadlines* by Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez. (Finander, Brian) (Entered: 01/13/2006) |
| 01/25/2006 | 25 | ORDER granting Federal Dfts' 23 Motion to Vacate; ORDERED vacating the deadlines in the Court's 7/6/05 and 11/23/05 orders, |

| | | |
|---|---|---|
| | | including the pretrial converence set on 8/29/06 at 10:30 a.m. Signed by Judge Roger G Strand on 1/24/2006. (LAD) (Entered: 01/25/2006) |
| 02/16/2006 | 26 | MOTION to Expedite MOTION STIPULATED, MOTION for Extension of Time STIPULATED by Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez. (Finander, Brian) Modified on 2/17/2006 (MAP, ). INCORRECT PDF DOCUMENT ATTACHED AND PAGES OF DOCUMENT ARE IN REVERSE ORDER. ATTORNEY NOTIFIED TO REFILE. (Entered: 02/16/2006) |
| 02/16/2006 | 27 | Joint MOTION to Expedite STIPULATED MOTION, Joint MOTION for Extension of Time EXTEND.TIME TO FILE by Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez. (Finander, Brian) Modified on 2/17/2006 (MAP, ). PAGES OF DOCUMENT ARE IN REVERSE ORDER. ATTORNEY NOTIFIED TO REFILE CORRECTED DOCUMENT. (Entered: 02/16/2006) |
| 02/17/2006 | 28 | NOTICE TO FILER OF DEFICIENCY re 26 MOTION to Expedite MOTION STIPULATED MOTION for Extension of Time STIPULATED filed by Gerardo Rodriguez,, Gabriela Rodriguez,, Ivana Rodriguez,, Kevin Rodriguez,. Description of deficiency: Wrong pdf document attached AND pages of document are in reverse order. (MAP, ) (Entered: 02/17/2006) |
| 02/17/2006 | 29 | NOTICE TO FILER OF DEFICIENCY re 27 Joint MOTION to Expedite STIPULATED MOTIONJoint MOTION for Extension of Time EXTEND.TIME TO FILE filed by Gerardo Rodriguez,, Gabriela Rodriguez,, Ivana Rodriguez,, Kevin Rodriguez,. Description of deficiency: Pages of Document are in reverse order. (MAP, ) (Entered: 02/17/2006) |
| 02/21/2006 | 30 | ORDER granting 26 Motion to Expedite, granting 26 Motion for Extension of Time, granting 27 Motion to Expedite, and granting 27 Motion for Extension of Time. IT IS FURTHER ORDERED that Plaintiffs will file their opposition to thepending motion by February 21, 2006, and Defendant USA will file anyreply it so wishes by March 21, 2006. Signed by Judge Roger G Strand on 02/17/06. (KCS) (Entered: 02/21/2006) |
| 02/21/2006 | 31 | RESPONSE in Opposition re 22 MOTION to Dismiss Case *Plaintiffs Opposition to Motion* filed by Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez. (Finander, Brian) (Entered: 02/21/2006) |
| 03/21/2006 | 32 | Reply by Defendant United States of America. (Attachments: # 1 # 2 # 3) (Chynoweth, Suzanne) (Entered: 03/21/2006) |
| 09/28/2006 | 33 | MOTION for Take Judicial Notice by Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez. (Attachments: # 1 Exhibit Admin. Hrng: transcript excerpts# 2 Text of Proposed Order Order re Judicial Notice)(Finander, Brian) (Entered: 09/28/2006) |
| 10/19/2006 | 34 | First MOTION for Extension of Time In Which Federal Defendants May |

| | | |
|---|---|---|
| | | File Their Response to Plaintiffs' Request for the Court to take Judicial Notice by United States of America. (Attachments: # 1 Exhibit E-mail from Plaintiffs' Counsel# 2 Text of Proposed Order)(Chynoweth, Suzanne) (Entered: 10/19/2006) |
| 10/19/2006 | 35 | RESPONSE to Motion re 33 MOTION for Take Judicial Notice filed by United States of America. (Chynoweth, Suzanne) (Entered: 10/19/2006) |
| 06/29/2007 | 36 | REPLY to Response to Motion re 33 MOTION for Take Judicial Notice *ALSO:REQ.RUL.DOC##22/31/32* filed by Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez. (Finander, Brian) (Entered: 06/29/2007) |
| 07/10/2007 | 37 | ORDER granting 22 Defendants' Motion to Dismiss with prejudice as to all parties with respect to Counts I, III, and VI through IX. ORDER granting Defendants' Motion to Dismiss without prejudice as to Count X. Plaintiffs may file an amended complaint with respect to this count, citing such facts and federal statutory authority as may be deemed appropriate within 21 days of the filing of this Order. Granting Defendants' Motion to Dismiss with prejudice as to all parties with respect to Count XI to the extent it relates to Plaintiffs' claims under the FTCA. ORDER granting Defendants' Motion to Dismiss with prejudice as to Mr. Rodriguez with respect to Count II. ORDER granting Defendants' Motion to Dismiss without prejudice as to Mrs. Rodriguez and her two children with respect to Count II. Plaintiffs may file an amended complaint with respect to this count consistent with FTCA law and requirements of the Federal Rules of Civil Procedure within 21 days of the filing of this Order. ORDER granting Defendants' Motion to Dismiss with prejudice as to Mr. Rodriguez and the two Rodriguez children with respect to Counts IV and V. ORDER directing the Clerk of the Court to transfer Mrs. Rodriguez's contract claims in Counts IV and V to the Court of Federal Claims. ORDER denying 33 Plaintiff's Motion for the Court to Take Judicial Notice Under Federal Rules of Evidence 201. ORDER granting 34 Defendants' Motion for Extension of Time to File Their Response to Plaintiffs' Request for the Court to Take Judicial Notice nunc pro tunc to 10/19/06. Signed by Judge Roger G Strand on 7/9/07.(TLJ) (Entered: 07/10/2007) |
| 07/30/2007 | 38 | AMENDED COMPLAINT *Pre-authorized by Court Order (doc#37)* against all defendants; Jury Demand, filed by Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez.(Finander, Brian) (Entered: 07/30/2007) |
| 07/31/2007 | 39 | Notice re FRCP 61 corrections by Gabriela Rodriguez, Gerardo Rodriguez, Ivana Rodriguez, Kevin Rodriguez re 38 Amended Complaint (Finander, Brian) (Entered: 07/31/2007) |
| 08/13/2007 | 40 | MOTION for Extension of Time to File Answer re Second Amended Complaint *Unopposed* by Homeland Security, Department of, United States of America, Immigration and Customs Enforcement, Bureau of. (Attachments: # 1 Text of Proposed Order)(Chynoweth, Suzanne) (Entered: 08/13/2007) |

| | | |
|---|---|---|
| 08/15/2007 | 41 | ORDER granting 40 Motion for Extension of Time to Answer and granting Federal Defendants' to and including 8/23/07 to file their answer. Signed by Judge Roger G Strand on 8/14/07.(TLJ) (Entered: 08/15/2007) |
| 08/23/2007 | 42 | ANSWER to Amended Complaint by United States of America. (Chynoweth, Suzanne) (Entered: 08/23/2007) |
| 08/31/2007 | 43 | ORDER REASSIGNING CASE to the Honorable Roslyn O. Silver. All future pleadings and papers submitted for filing shall bear the following complete case number: CV 04-2312-PHX-ROS. Judge Roger G Strand no longer assigned to case. Signed by Judge Roger G Strand on 8/31/07. (TLJ) (Entered: 08/31/2007) |
| 09/10/2007 | 44 | Remark: Letter, docket sheet and documents transmitted to the U.S. Court of Federal Claims re: Mrs. Rodriguez's contract claims in counts IV and V. (TLJ) (Entered: 09/10/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/10/2007 12:23:54 | | | |
| **PACER Login:** | us4935 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:04-cv-02312-ROS |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |