# In the United States Court of Federal Claims

**NOTICE**

**GABRIELA RODRIGUEZ, et al.**

**No. 07-837C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., December 3, 2007**

To Attorney of Record, Assistant Attorney General and Judge James F. Merow:

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the District of Arizona, No. 2:04-cv-02312-ROS, consisting of one bound volume.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**s/Brian Bishop**
**Brian Bishop, Clerk of the Court**