IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GABRIELA. RODRIGUEZ, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-837C |
| | ) | (Senior Judge Merow) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Christopher J. Carney, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Christopher J. Carney
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12054
Washington, D.C. 20530
Phone: (202) 305-7597
Fax: (202) 514-8624
E-mail: Chris.Carney@usdoj.gov

Attention: Classification Unit,
8th Floor

s/Christopher J. Carney
Christopher J. Carney
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: January 3, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 3rd day of January, 2008 a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher J. Carney