# In the United States Court of Federal Claims

No. 07-837 C

(Filed January 9, 2008)

GABRIELA RODRIGUEZ, et al. )
Plaintiffs, )
v. )
)
THE UNITED STATES, )
Defendant. )

**ORDER**

On December 3, 2007, the record as transferred from the United States District Court for the District of Arizona (case number 2:04-cv-02312-ROS) for the above captioned case was filed in this court. Transfer and designation of electronic case notices together with a copy of RCFC 3.1 and attorney admission instructions were sent to Brian E. Finander, attorney of record for plaintiffs in the district court action. The time for filing a complaint under either format pursuant to RCFC 3.1(a)(2) has lapsed with no filing received. Also, Mr. Finander is not listed as a member of this court's bar. Admission action pursuant to Rule 83.1 should be promptly undertaken if Mr. Finander proposes to prosecute this transfer litigation.

In the above circumstances, it is **ORDERED**:

(1) The time to comply with the filing requirement of RCFC 3.1(a)(2) is enlarged to and including February 11, 2008;

(2) This order shall be served by the Clerk on Brian E. Finander, Esq., but if for any reason he does not continue to represent the plaintiffs in this transferred matter, he shall promptly provide them with a copy of this order so that they may proceed to acquire qualified counsel or appear *pro se*; and

(3) Absent compliance with RCFC 3.1 by the enlarged time established in (1), this action is subject to dismissal for failure to prosecute.

s/ James F. Merow
James F. Merow
Senior Judge