# In the United States Court of Federal Claims

No. 07-837 C
(Filed February 12, 2008)

GABRIELA RODRIGUEZ, et al. )
Plaintiff, )
v. )
)
THE UNITED STATES, )
Defendant. )

**ORDER**

On February 12, 2008, the clerk's office received an original and four copies of an 18-page document, denominated "opening brief" signed by plaintiff, Gabriela Rodriguez. Pursuant to RCFC 3.1(a)(2) an original and seven copies of an amended complaint are required upon transfer from the district court. An examination of the document received indicates that it satisfies the requirements for an amended complaint. The additional copies required have been made in chambers.

Accordingly, it is **ORDERED**:

(1) The document received from plaintiff on February 12, 2008, shall be **FILED** and docketed as an "Amended Complaint" pursuant to RCFC 3.1(a)(2).

(2) Pursuant to RCFC 83.1(c)(8) as plaintiff is appearing in this matter *pro se*, the terms "counsel" or "attorney" in the court's rules shall include plaintiff.

(3) As pro se litigants may not participate as ECF filers (RCFC, Appendix E), henceforth this case will no longer be designated as an ECF case.

(4) The clerk's office shall serve a copy of this order on plaintiff by mail.

s/ James F. Merow
James F. Merow
Senior Judge